```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| GUILLERMO COLON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| EQUIFAX INFORMATION SERVICES, et al. | : | NO. 03-3307 |

## ORDER

AND NOW, on this      day of March, 2004, having considered the factors set forth in <u>Jumara v. State Farm Insurance Co.</u>, 55 F.3d 873 (3d Cir. 1995) and concluding that under the circumstances deference to the plaintiff's choice of forum is warranted, it is hereby ORDERED that the motion of defendants Equifax Information Services, LLC, Equifax, Inc. and Trans Union LLC to transfer venue to the Middle District of Florida under 28 U.S.C. § 1404(a) (Document #17) is DENIED.

BY THE COURT:

_____
J.